**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          CASE NO. 05-80554

   Plaintiff,          HON. LAWRENCE P. ZATKOFF

v.

VICTOR CASTANO, D-1,
MELISSA SUE GORDON, D-2,

   Defendants.
_____/

## ORDER DENYING ALL OUTSTANDING MOTIONS

During trial of the above case, Defendants each moved the Court pursuant to Rule 29 for a Judgment of Acquittal. The Court reserved rulings on these motions. On February 23, 2006, the jury returned verdicts of guilty against Defendants Victor Castano and Melissa Sue Gordon. The Court has considered Defendants' Rule 29 motions and finds that the Government submitted sufficient evidence to sustain a conviction. Accordingly, the Court HEREBY DENIES Defendants' Rule 29 motions as well as all other outstanding motions.

   IT IS SO ORDERED.

          s/Lawrence P. Zatkoff
          LAWRENCE P. ZATKOFF
          UNITED STATES DISTRICT JUDGE

Dated: March 7, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 7, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290
