**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

      Plaintiff,

v.

                                          Case. No. 05-80554
                                          HON. LAWRENCE P. ZATKOFF

VICTOR CASTANO,

      Defendant.

_____/

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Defendant has applied to proceed *In Forma Pauperis* during his appeal of a conviction following a guilty plea on a charge of possession of marijuana with intent to distribute, and a conviction following a jury trial on a charge of felon in possession of a firearm and a charge of possession of a firearm in furtherance of a drug trafficking crime. Though Defendant has not submitted a formal motion, the Court will treat Defendant's letters and financial affidavits as such for the purpose of granting or denying his request to proceed *In Forma Pauperis*. The Court has reviewed Defendant's affidavits and other papers and has determined that they satisfy the criteria of 28 U.S.C. § 1915. The Court HEREBY GRANTS Plaintiff's Application to Proceed *In Forma Pauperis*.

IT IS SO ORDERED.

                                    s/Lawrence P. Zatkoff
                                    LAWRENCE P. ZATKOFF
                                    UNITED STATES DISTRICT JUDGE

Dated:  November 21, 2006

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 21, 2006.

                                    s/Marie E. Verlinde
                                    Case Manager
                                    (810) 984-3290